**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Timothy M. Turner                                CHAPTER 13
                Debtor(s)

BKY. NO. 22-13373 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of AmeriHome Mortgage Company, LLC and index same on the master mailing list.

      Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
28 Dec 2022, 09:42:10, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 91dc63cc377f7856c3b6e648b530b42e963e7921b33c83516c8ec9912450c057