Certificate Number: 12433-PAE-DE-037178190

Bankruptcy Case Number: 22-13373



12433-PAE-DE-037178190

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 12, 2023, at 1:21 o'clock PM EST, Timothy Turner completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 13, 2023            By:   /s/Lisa Susoev

                                    Name: Lisa Susoev

                                    Title: Teacher