# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Timothy M. Turner <br>     Debtor(s) <br><br> AmeriHome Mortgage Company, LLC, its successors and/or assigns <br>     Movant <br>   vs. <br> Timothy M. Turner <br>     Debtor(s) <br><br> Kenneth E. West <br>     Trustee | CHAPTER 13 <br><br> NO. 22-13373 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of AmeriHome Mortgage Company, LLC, which was filed with the Court on or about **March 30, 2023 as docket number 20**.

Dated: May 30, 2023

              Respectfully submitted,

              /s/ Mark A. Cronin
              Mark A. Cronin, Esq.
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA 19106
              Phone: (215)-627-1322
              mcronin@kmllawgroup.com