United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 22-13373-mdc
Timothy M Turner Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4
Date Rcvd: Jul 13, 2023      Form ID: 155      Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy M Turner, 1302 North Frazier Street, Philadelphia, PA 19131-4127 |
| 14745324 | + | AmeriHome Mortgage Company, LLC, c/o MICHAEL FARRINGTON, ESQ., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14743361 | | Children's Hospital Of Philadelphia, Physician Billing - PB CHOP, Lock Box 8017, PO Box 8500, Philadelphia, PA 19178-8017 |
| 14743360 | + | Children's Hospital of Phila., P.O. Box 7780-1192, Philadelphia, PA 19182-0001 |
| 14743362 | + | Children's Hospital of Philadelphia, 3401 Civic Center Boulevard, Philadelphia, PA 19104-4319 |
| 14743365 | | Citizens Bank, P.O. Box M, Providence, RI 02901-1683 |
| 14743373 | | Fortsill National Bank, Box 33009, Fort Sill, OK 73503-0009 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14743350 | ^ | MEBN | Jul 14 2023 00:17:58 | AT&T, P.O. Box 5074, Carol Stream, IL 60197-5074 |
| 14743348 | + | Email/Text: bankruptcycourtnotices@amerihome.com | Jul 14 2023 00:20:00 | AmeriHome Mortgage, Attn: Bankruptcy, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 14749475 | | Email/PDF: bncnotices@becket-lee.com | Jul 14 2023 00:59:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14743349 | + | Email/PDF: bncnotices@becket-lee.com | Jul 14 2023 01:40:01 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14743351 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 14 2023 00:20:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14746304 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 14 2023 00:20:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14753460 | | Email/Text: BKelectronicnotices@cenlar.com | Jul 14 2023 00:20:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 14743367 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 14 2023 00:20:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 14743366 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 14 2023 00:20:00 | Citizens Bank, POB 42010, Providence, RI 02940 |
| 14747564 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 14 2023 00:20:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 14743370 | | Email/Text: megan.harper@phila.gov | Jul 14 2023 00:20:00 | City of Philadelphia, Law Dept Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14765468 | | Email/Text: megan.harper@phila.gov | Jul 14 2023 00:20:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy |

Case 22-13373-mdc Doc 31 Filed 07/15/23 Entered 07/16/23 00:31:05 Desc Imaged
Certificate of Notice Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 13, 2023 | Form ID: 155 | Total Noticed: 52 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14747659 | + | Email/Text: documentfiling@lciinc.com | Jul 14 2023 00:20:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14743355 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 14 2023 00:25:54 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14745614 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 14 2023 00:25:51 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14743357 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 14 2023 00:20:00 | Cb/comenit, Attn: Bankruptcy, Po Box 182789, Columbus, OH 43218-2789 |
| 14743363 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 14 2023 00:25:55 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14743371 | + | Email/Text: documentfiling@lciinc.com | Jul 14 2023 00:20:00 | Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |
| 14750712 | | Email/Text: mrdiscen@discover.com | Jul 14 2023 00:20:00 | Discover Bank/Discover Products, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 14743372 | + | Email/Text: mrdiscen@discover.com | Jul 14 2023 00:20:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14747640 | + | Email/Text: bankruptcy@fsnb.com | Jul 14 2023 00:21:00 | FSNB N.A., 511 SW A Ave, Lawton OK 73501-3927 |
| 14759757 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 14 2023 00:20:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14743358 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 14 2023 00:25:45 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14747603 | + | Email/Text: RASEBN@raslg.com | Jul 14 2023 00:20:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14752101 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2023 00:25:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14743374 | + | Email/Text: Documentfiling@lciinc.com | Jul 14 2023 00:20:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 14758225 | + | Email/Text: Documentfiling@lciinc.com | Jul 14 2023 00:20:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 14743375 | ^ | MEBN | Jul 14 2023 00:17:43 | Mercantile Adjustment Bureau, 165 Lawrence Bell Drive, Suite 100, Williamsville, NY 14221-7900 |
| 14750010 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 14 2023 00:20:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14743376 | | Email/PDF: gecsedi@recoverycorp.com | Jul 14 2023 00:25:46 | Old Navy/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14743377 | | Email/Text: bankruptcygroup@peco-energy.com | Jul 14 2023 00:20:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14760155 | + | Email/Text: bankruptcygroup@peco-energy.com | Jul 14 2023 00:20:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14743379 | ^ | MEBN | Jul 14 2023 00:17:52 | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14755272 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2023 00:20:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. BOX 94982, CLEVELAND, OH 44101 |
| 14743381 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2023 00:20:00 | PNC Bank, P.O. Box 71335, Philadelphia, PA 19176-1335 |
| 14743354 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2023 00:20:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14747735 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2023 00:25:50 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14743380 | ^ | MEBN | Jul 14 2023 00:17:53 | Philadelphia Gas Works, Attn: Bankruptcy Department, 800 West Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2898 |
| 14743382 | | Email/PDF: gecsedi@recoverycorp.com | Jul 14 2023 00:25:51 | Synchrony / Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
| 14743389 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 14 2023 00:25:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14743383 | + | Email/Text: bncmail@w-legal.com | Jul 14 2023 00:20:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14743384 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 14 2023 00:25:55 | Walmart Credit Services/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14743385 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 14 2023 00:25:56 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 14753293 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 14 2023 00:25:46 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14743386 | | Email/Text: documentfiling@lciinc.com | Jul 14 2023 00:20:00 | Xfinity, PO Box 70219, Philadelphia, PA 19176-0219 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14743353 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14743352 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14743369 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 14743368 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, POB 42010, Providence, RI 02940 |
| 14743356 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14743364 | *+ | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14743359 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14743378 | * | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 15, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Timothy M Turner dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Timothy M Turner
        Debtor(s)                                     Chapter: 13

                                                          Bankruptcy No: 22−13373−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this July 13, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                            Magdeline D. Coleman
                                                            Chief Judge, United States Bankruptcy Court

                                                                                    30
                                                                                Form 155