United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-13373-djb |
| Timothy M Turner | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 24, 2025 | Form ID: 138OBJ | Total Noticed: 56 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy M Turner, 1302 North Frazier Street, Philadelphia, PA 19131-4127 |
| 14745324 | + | AmeriHome Mortgage Company, LLC, c/o MICHAEL FARRINGTON, ESQ., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14743361 | | Children's Hospital Of Philadelphia, Physician Billing - PB CHOP, Lock Box 8017, PO Box 8500, Philadelphia, PA 19178-8017 |
| 14743360 | + | Children's Hospital of Phila., P.O. Box 7780-1192, Philadelphia, PA 19182-0001 |
| 14743362 | + | Children's Hospital of Philadelphia, 3401 Civic Center Boulevard, Philadelphia, PA 19104-4319 |
| 14743365 | | Citizens Bank, P.O. Box M, Providence, RI 02901-1683 |
| 14743373 | | Fortsill National Bank, Box 33009, Fort Sill, OK 73503-0009 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 25 2025 00:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 25 2025 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14743350 | | Email/Text: g17768@att.com | Mar 25 2025 00:01:00 | AT&T, P.O. Box 5074, Carol Stream, IL 60197-5074 |
| 14743348 | + | Email/Text: bankruptcycourtnotices@amerihome.com | Mar 25 2025 00:01:00 | AmeriHome Mortgage, Attn: Bankruptcy, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 14749475 | | Email/PDF: bncnotices@becket-lee.com | Mar 25 2025 00:08:27 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14743349 | + | Email/PDF: bncnotices@becket-lee.com | Mar 25 2025 00:08:26 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14743351 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 25 2025 00:01:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14746304 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 25 2025 00:01:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14753460 | | Email/Text: BKelectronicnotices@cenlar.com | Mar 25 2025 00:01:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 14743367 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 25 2025 00:01:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 14743366 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 25 2025 00:01:00 | Citizens Bank, POB 42010, Providence, RI 02940 |
| 14747564 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 25 2025 00:01:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |

Case 22-13373-djb    Doc 44    Filed 03/26/25    Entered 03/27/25 00:36:42    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 24, 2025 | Form ID: 138OBJ | Total Noticed: 56 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14743370 | | Email/Text: megan.harper@phila.gov | Mar 25 2025 00:01:00 | City of Philadelphia, Law Dept Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14765468 | | Email/Text: megan.harper@phila.gov | Mar 25 2025 00:01:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14747659 | + | Email/Text: documentfiling@lciinc.com | Mar 25 2025 00:01:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14743355 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2025 00:08:32 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14745614 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 25 2025 00:08:25 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14743357 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 25 2025 00:01:00 | Cb/comenit, Attn: Bankruptcy, Po Box 182789, Columbus, OH 43218-2789 |
| 14743358 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 25 2025 00:08:44 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 14743363 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2025 00:08:36 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14743371 | + | Email/Text: documentfiling@lciinc.com | Mar 25 2025 00:01:00 | Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |
| 14750712 | | Email/Text: mrdiscen@discover.com | Mar 25 2025 00:01:00 | Discover Bank/Discover Products, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 14743372 | + | Email/Text: mrdiscen@discover.com | Mar 25 2025 00:01:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14747640 | + | Email/Text: bankruptcy@fsnb.com | Mar 25 2025 00:01:00 | FSNB N.A., 511 SW A Ave, Lawton OK 73501-3927 |
| 14759757 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 25 2025 00:01:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14747603 | + | Email/Text: RASEBN@raslg.com | Mar 25 2025 00:01:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14752101 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2025 00:08:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14743374 | + | Email/Text: Documentfiling@lciinc.com | Mar 25 2025 00:01:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 14758225 | + | Email/Text: Documentfiling@lciinc.com | Mar 25 2025 00:01:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 14813932 | + | Email/Text: camanagement@mtb.com | Mar 25 2025 00:01:00 | M&T BANK, PO BOX 619063, Dallas, TX 75261-9063 |
| 14811746 | ^ | MEBN | Mar 24 2025 23:57:57 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14743375 | ^ | MEBN | Mar 24 2025 23:57:57 | Mercantile Adjustment Bureau, 165 Lawrence Bell Drive, Suite 100, Williamsville, NY 14221-7900 |
| 14750010 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2025 00:01:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14743376 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 25 2025 00:08:27 | Old Navy/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14743377 | | Email/Text: bankruptcygroup@peco-energy.com | Mar 25 2025 00:01:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14760155 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 25 2025 00:01:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 24, 2025 | Form ID: 138OBJ | Total Noticed: 56 |

| Recip ID | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | PA 19103-1380 |
| 14743379 | ^ MEBN | Mar 24 2025 23:57:57 | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14755272 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 25 2025 00:01:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. BOX 94982, CLEVELAND, OH 44101 |
| 14743381 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 25 2025 00:01:00 | PNC Bank, P.O. Box 71335, Philadelphia, PA 19176-1335 |
| 14743354 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 25 2025 00:01:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 14747735 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2025 00:08:33 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14743380 | ^ MEBN | Mar 24 2025 23:57:58 | Philadelphia Gas Works, Attn: Bankruptcy Department, 800 West Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2898 |
| 14743382 | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 25 2025 00:08:45 | Synchrony / Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
| 14743389 | ^ MEBN | Mar 24 2025 23:58:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14743383 | + Email/Text: bncmail@w-legal.com | Mar 25 2025 00:01:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14743384 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2025 00:08:44 | Walmart Credit Services/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14743385 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Mar 25 2025 00:08:27 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 14753293 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Mar 25 2025 00:08:49 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14743386 | Email/Text: documentfiling@lciinc.com | Mar 25 2025 00:01:00 | Xfinity, PO Box 70219, Philadelphia, PA 19176-0219 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14743352 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14743353 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14743369 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 14743368 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, POB 42010, Providence, RI 02940 |
| 14743356 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14743359 | *+ | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 14743364 | *+ | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14743378 | * | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 24, 2025 | Form ID: 138OBJ | Total Noticed: 56 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2025              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Timothy M Turner dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)−doc 43 − 42

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    Timothy M Turner ) Case No. 22−13373−djb
)
)
    Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: March 24, 2025

For The Court

Timothy B. McGrath
Clerk of Court